No. 02–1343. ENGINE MANUFACTURERS ASSN. ET AL. *v.* SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT ET AL. C. A. 9th Cir. Certiorari granted.

No. 02–9410. CRAWFORD *v.* WASHINGTON. Sup. Ct. Wash. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 02–529. TRANSMISSION AGENCY OF NORTHERN CALIFORNIA *v.* SIERRA PACIFIC POWER CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1131. NKOUNKOU *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 02–1251. HEINRICH ET AL. *v.* SWEET ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–1276. DE LA O, ADMINISTRATRIX FOR THE ESTATE OF DE LA O *v.* HOUSING AUTHORITY OF THE CITY OF EL PASO, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 02–1292. NEMESIS VERITAS, L. P., FKA MCMAHAN & CO., ET AL. *v.* TOTO. C. A. 11th Cir. Certiorari denied.

No. 02–1297. SIGNATURE PROPERTIES INTERNATIONAL, LIMITED PARTNERSHIP *v.* CITY OF EDMOND, OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 02–1308. HO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–1311. PHILLIPS, ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF PHILLIPS, DECEASED *v.* MONROE COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1342. ADAMS *v.* CITY OF AUBURN, INDIANA. C. A. 7th Cir. Certiorari denied.